**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Craig Stephen Pardue
In Proper Person
P. O. Box 1186
Vidalia LA 71373-1186

**REHEARING ACTION: January 18, 2017**

**Docket Number: 16    00667-CA**

**GARY N. MORGAN**
**VERSUS**
**CRAIG STEPHEN PARDUE, ET AL.**

**Appealed from Concordia Parish Case No. 47733**

**BEFORE JUDGES:**

**Hon. Shannon J. Gremillion**
**Hon. Phyllis M. Keaty**
**Van Hardin Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Craig Stephen Pardue (In Proper Person)** has this day been

**DENIED.**

cc: Josiah William Seibert, III, Counsel for the Appellee
    Robert Elisha Clark, Counsel for the Appellant
    Timothy Stephen Babcock Esq., Counsel for the Appellant
    Amanda Smith Pardue (Guillory), In Proper Person
    William A. Yarbrough, Counsel for the Appellee